UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                  15 cr 386 (JGK)

      -against-

                  **ORDER**

ADAM PHILLIPS,
                Defendant.
-----------------------------------------------------------X

The defendant, Adam Phillips, having been sentenced to time served, is hereby ordered released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal. Within 72-hours of release, the defendant shall report to the Probation Department in Allentown, Pennsylvania, as directed.

**SO ORDERED.**

                                              _/s/ John G. Koeltl_
                                              **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 23, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/23/2021