March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -v-

Adam Phillips, Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

15-CR-386 (JGK) ( )

Defendant __Adam Phillips__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~: telephone

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

✓ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Adam Phillips__
Print Defendant's Name

_____
Defense Counsel's Signature

__Stephen Turano__
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

__6/23/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge